CAULDWELL-WINGATE COMPANY, Appellant, *v.* CITY OF
NEW YORK, Respondent.

Argued March 18, 1938; decided April 13, 1938.

*Copal Mintz* for appellant.

*William C. Chanler, Corporation Counsel (Oren Clive Herwitz, Paxton Blair* and *Alwin McKinley Sylvester* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.